# Creditor List

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Bank Of America
PO BOX 15019
Wilmington, DE 19886

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase
Cardmember Services
P.O. Box 6294
Carol Stream, IL 60197-6294

Citi Bank
P.O. Box 183037
Columbus, OH 43218-3051

Discover
P.O. Box 30943
Salt Lake City, UT 84130-0943

HSBC Bank USA, N.A.
PO Box 4657
Carol Stream, IL 60197-5255

U.S. Bank
PO Box 790179
St. Louis, MO 63179-0179