# EXHIBIT "B"

**Stephen DermOrganic**

| | |
|---|---|
| **From:** | James Byun <jbyun@rexfordindustrial.com> |
| **Sent:** | Wednesday, August 18, 2021 5:29 PM |
| **To:** | Stephen Mastey |
| **Cc:** | Lulu Hardman; Vanny Kim |
| **Subject:** | RE: Do you want me to pay or to get out? |

Hi Stephen –

Thank you for the email. At this point in time, the Landlord feels that you can't keep up with consistent payments and wishes to proceed with legal. I just checked the ledger and the last time you were current on rent was over a year ago. Additionally, in order to become current, not only would the entire balance be due, but also an additional amount of $44,195.23 to make up the difference in the security deposit that was applied to past due charges.

As for the call or email subject, the past year, Lulu and myself have tried reaching out via text, phone and email on multiple occasions without success. I understand that you did respond after multiple attempts; however, the main issue is still that we feel the account won't be able to come current.

Let me know if you have any questions or would like to get on a call to discuss further. I apologize for the inconvenience.



JAMES BYUN
Portfolio Manager
RE License 01916074
424.320.5224 (d)
jbyun@rexfordindustrial.com
rexfordindustrial.com | NYSE: REXR



Rexford Industrial Realty, Inc.
915 Wilshire Boulevard, Suite 1950
Los Angeles, CA 90017



**From:** Stephen Mastey <Stephen@DermOrganic.com>
**Sent:** Wednesday, August 18, 2021 4:25 PM

**To:** James Byun <jbyun@rexfordindustrial.com>
**Subject:** Do you want me to pay or to get out?

EXTERNAL EMAIL: Exercise caution before clicking attachments/links.

Serious question.
My book keeper only works maybe 10 hours a month right now. She came in today.
I had her cut a check and it is signed - but then I received papers from the court?
Not sure why someone didn't just call or email me before doing this.
323-428-2877

Stephen Mastey, President & Founder
DermOrganic Laboratories, Inc. | 25413 Rye Canyon Road | Santa Clarita, CA 91355
Office 661-257-4814 x231 | Fax 661-257-9203 | Toll-Free 800-662-7839
www.DermOrganic.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.