United States Bankruptcy Court

Central District of California

In re:  Case No. 21-17794-SK

Stephen Maestey  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1

Date Rcvd: Mar 21, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephen Maestey, 25413 Rye Canyon Road, Santa Clarita, CA 91355-1206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lane M Nussbaum | on behalf of Interested Party Rexford Industrial Realty  L.P. lnussbaum@nussbaumapc.com, info@nussbaumapc.com |
| Nnana Awa | on behalf of Debtor Stephen Maestey nnana@lawangeles.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Wesley H Avery (TR) | wes@averytrustee.com C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com |

TOTAL: 4

```
PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(202) 934-4064 telephone
(213) 894-2603 facsimile
Email: Noreen.Madoyan@usdoj.gov
```

**FILED & ENTERED**

**MAR 18 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY francis    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**STEPHEN MAESTEY**,<br><br>Debtor(s). | Case No.: 2:21-bk-17794-SK<br><br>Chapter 7<br><br>**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DISGORGING ATTORNEY COMPENSATION PURSUANT TO 11 U.S.C. § 329**<br><br>Hearing Date:  March 16, 2022<br>Time:          9:00 a.m.<br>Place:         Courtroom 1575<br>               255 E. Temple St.<br>               Los Angeles, CA 90012 |

A hearing was held in the above-referenced matter on March 16, 2022 at 9:00 a.m. Appearances were as noted on the record. After consideration of the United States Trustee's "Motion for an Order Disgorging Attorney Compensation Pursuant to 11 U.S.C. § 329" ("Motion"), Docket #29, the supporting evidence, the oral arguments presented at the time of the hearing, for GOOD CAUSE APPEARING, and for the reasons stated on the record,

IT IS HEREBY ORDERED that the Motion is GRANTED;

- 1 -

1      IT IS FURTHER ORDERED that Nnana Awa, Debtor's counsel of record, ("Debtor's
2 Counsel") shall return **$900** back to the Debtor within thirty (30) days of entry of this Order; and
3      IT IS FURTHER ORDERED that Debtor's Counsel shall file a declaration with the Court
4 stating that the $900 was returned to the Debtor along with proof of disgorgement to the Debtor,
5 within thirty (30) days of entry of this Order.
6      IT IS SO ORDERED.
7                               ###

23 Date: March 18, 2022

Sandra R. Klein
United States Bankruptcy Judge

- 2 -